

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

MARY L. POE

v.

JO ANNE B. BARNHART,      CASE NUMBER:     1:04-1224 T/An
COMMISSIONER, SOCIAL
SECURITY ADMININISTRATION,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 4/20/2005, the decision of the Commissioner is hereby REMANDED for further administrative proceedings consistent with this opinion.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

____4/26/05____     BY: ____C. Head____
DATE                                     DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __4/28/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:04-CV-01224 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John B. Whitesell
WHITESELL LAW OFFICES
P.O. Box 1048
Fulton, KY 42401

Honorable James Todd
US DISTRICT COURT